UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ESTONIO CENATUS** | Hon. Peter G. Sheridan |
| *Plaintiff,* | Civil Action No. **09-cv-661** |
| v. | |
| **ERIC HOLDER, et al.,** | **ORDER** |
| *Defendants.* | |

The court having been advised by Assistant United States Attorney Leah A. Bynon that petitioner was released from U.S. Immigration and Customs Enforcement Custody on or about June 24, 2009, and removed to his native country of Haiti;

and Petitioner having filed a Habeas Corpus petition for release pending final removal; and

For good cause shown,

It is on this 13 day of July, 2009

Ordered that this action is hereby dismissed as moot as to all defendants with prejudice and without costs.

_____
THE HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE